IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-246-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| $14,000 in U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On March 3, 2010, plaintiff filed a motion to extend the discovery period [D.E. 16]. On March 4, 2010, the court granted plaintiff's motion to extend the discovery deadlines to May 4, 2010, and the dispositive motion deadline to June 3, 2010 [D.E. 17]. On April 13, 2010, plaintiff filed a motion to compel claimant Peter E. McQueen to provide answers to plaintiff's interrogatories and to plaintiff's request for production of documents [D.E. 18]. No response has been filed.

The court hereby orders that claimant Peter E. McQueen provide his answers to plaintiff's interrogatories and to provide his responses to plaintiff's request for production of documents not later than June 4, 2010. See Fed. R. Civ. P. 37. Claimant is WARNED that the failure to abide by this order may result in sanctions, up to and including an order striking his September 11, 2009 claim [D.E. 9] and his September 27, 2009 answer [D.E. 10], and entering a judgment against him. See Hathcock v. Navistar Int'l Transp. Corp., 53 F.3d 36, 40 (4th Cir. 1995).

Plaintiff's motion [D.E. 18] is GRANTED. Claimant Peter E. McQueen shall provide his answers to plaintiff's interrogatories and respond to plaintiff's request for production of documents not later than June 4, 2010.

SO ORDERED. This 19 day of May 2010.

JAMES C. DEVER III
United States District Judge